PROB 12C
(6/16)

Report Date: May 13, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 13 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terry Joseph Rose          Case Number: 0980 2:12CR02067-WFN-1

Address of Offender:                          Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 16, 2013

Original Offense:        Conspiracy To Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:       Prison - 33 months;              Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     James Goeke                      Date Supervision Commenced: January 22, 2016

Defense Attorney:        Roger Peven                      Date Supervision Expires: January 21, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: On May 10, 2019, Terry Rose was arrested for the offense of fourth degree assault.  Specifically, Spokane County deputies were dispatched to Mike's Bar in Spokane Valley, Washington. They initially contacted Mr. Rose's wife, who reported Mr. Rose had assaulted her earlier in the day. While at that location, law enforcement was dispatched to Mr. Rose's brother-in-law's residence where they contacted Mr. Rose's brother-in-law. Upon arrival, deputies contacted Mr. Rose's brother-in-law who had blood coming out of his mouth and had a swollen right cheek. After securing multiple witness statements, deputies determined that Terry Rose had assaulted his brother-in-law. They located Mr. Rose at his residence, and arrested him for the offense of fourth degree assault. Charges remain pending in Spokane County District Court.

On January 22, 2016, supervision commenced in this matter.  That same day, Mr. Rose reported for the purpose of a supervision intake.  The conditions of supervision were reviewed with him.  Mr. Rose then signed the conditions of probation and supervised release, acknowledging an understanding of the conditions imposed by the Court, to include the above-noted mandatory condition number 2.

Prob12C
**Re: Rose, Terry Joseph**
**May 13, 2019**
**Page 2**

| | |
|---|---|
| 2 | **Special Condition # 20**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On May 10, 2019, after 12 AM, Spokane County deputies located Mr. Rose at his residence. When Mr. Rose was contacted, he was observed to have eyes that were watery and bloodshot. Additionally, law enforcement could smell the odor of intoxicating beverages emitting from Mr. Rose.

On January 22, 2016, supervision commenced in this matter. That same day, Mr. Rose reported for the purpose of a supervision intake. The conditions of supervision were reviewed with him. Mr. Rose then signed the conditions of probation and supervised release, acknowledging an understanding of the conditions imposed by the Court, to include the above-noted special condition number 20. |
| 3 | **Special Condition # 21**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

**Supporting Evidence**: On May 10, 2019, while investigating a possible assault committed by Mr. Rose, law enforcement spoke with witnesses who identified Mr. Rose present at Northern Quest Casino and Mike's Bar. Mike's Bar is an establishment where alcohol is the primary item of sale.

On January 22, 2016, supervision commenced in this matter. That same day, Mr. Rose reported for the purpose of a supervision intake. The conditions of supervision were reviewed with him. Mr. Rose then signed the conditions of probation and supervised release, acknowledging an understanding of the conditions imposed by the Court, to include the above-noted special condition number 21. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  5/13/2019

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Rose, Terry Joseph
May 13, 2019
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_____5/13/19_____
Date